CUNNINGHAM, Appellant, v. CUNNING-HAM, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Anna Cunningham, by guardian, against William Cunningham. A. P. Wagener, for appellant. No opinion. Judgment (128 N. Y. Supp. 104) affirmed. Order filed.

CZERNY v. HAAS. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Joseph Czerny against Frank Haas. No opinion. Motion granted, and questions certified as stated in order. Order filed. See, also, 129 N. Y. Supp. 537.

DAVISON, Respondent, v. MATTSEN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by Oliver Davison against Clara Mattsen, impleaded with others. No opinion. Motion to dismiss appeal granted, with costs.

DE BRAUWERE v. DE BRAUWERE. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Alice De Brauwere against Louis De Brauwere. No opinion. Motion granted. Question certified as stated in order. Order filed. See, also, 69 Misc. Rep. 472, 126 N. Y. Supp. 221; 129 N. Y. Supp. 587.

DE LACY v. KELLY et al. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by George C. De Lacy against William F. Kelly and others. No opinion. Motion for stay granted, on condition that plaintiff give an undertaking in the sum of $2,000 to secure the defendants against damages by reason of the appeal.

DELCAMBRE v. DELCAMBRE et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Alfred P. Delcambre, Sr., against Marie H. Delcambre and others. PER CURIAM. Interlocutory judgment overruling demurrer to complaint reversed, with costs to the appellant, the city of Mt. Vernon, and demurrer sustained, on the ground that the complaint states no facts constituting a cause of action against said city.

DEMBITZ, Appellant, v. ORANGE COUNTY TRACTION CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Irving Dembitz, an infant, by Leopold Dembitz, his guardian ad litem, against the Orange County Traction Company. No opinion. Motion denied, with $10 costs. See Lawrence v. Wilson, 86 App. Div. 472, 83 N. Y. Supp. 821. Motion for stay denied, without costs. See, also, 129 N. Y. Supp. 1119.

DEMUTH, Appellant, v. KEMP et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) Action by Jeannette Demuth against George Kemp and others. No opinion. Motions denied, without costs. See, also, 129 N. Y. Supp. 1119.

DE ROSA, Respondent, v. FURMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Appeal from Trial Term, New York County. Action by Natale De Rosa against Jacob Furman and others. From a judgment for plaintiff, and from an order denying defendants' motion for new trial, they appeal. Reversed, and new trial ordered. See, also, 140 App. Div. 905, 125 N. Y. Supp. 1117. Theodore H. Lord, for appellants. Leon Dashew, for respondent. PER CURIAM. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellants to abide the event, upon the ground that there is no evidence to sustain the finding of the jury that defendants were in possession of the premises at the time of the accident.

DR. SHOOP FAMILY MEDICINE CO., Respondent, v. E. C. McKALLOR DRUG CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by the Dr. Shoop Family Medicine Company against the E. C. McKallor Drug Company. No opinion. Judgment unanimously affirmed, with costs.

DONLON, Respondent, v. ENGLAND, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by John J. Donlon, individually, etc., against William England. No opinion. Motion for stay granted pending appeal, without costs.

DOOLEY, Respondent, v. McNULTY, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Clarke Dooley against Patrick H. McNulty. PER CURIAM. Judgment and order affirmed, with costs. CARR, J., dissents.

DOUGHERTY, Appellant, v. NEW THEATER et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Walter H. Dougherty against the New Theater and another. J. H. Dougherty, for appellant. H. H. Maas, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DRISCOLL, Respondent, v. CARROLL, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by George F. Driscoll against James Carroll, as trustee, etc. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case upon the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 122 App. Div. 912, 107 N. Y. Supp. 1125; 127 App. Div. 265, 111 N. Y. Supp. 246.

DRUMMOND v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First